IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00798–EDWARD W. NOTTINGHAM–KMT

NEIL C. HERMAN,

    Plaintiff,

v.

JAMES LANDER,
BURL MCCULLER, and
ALICIA HAMILTON,

    Defendants.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed February 29, 2008. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is **ACCEPTED**.

2. Defendants' "Motion to Dismiss" (Doc. No. 15) and "Supplemental Motion to Dismiss Injunctive Claims as Moot" (Doc. No. 24) are **GRANTED**.

3. This case is **DISMISSED** with prejudice.

DATED this 21st day of March, 2008.

                          BY THE COURT:

                          s/ Edward W. Nottingham
                          EDWARD W. NOTTINGHAM
                          Chief United States District Judge